Gallo v Otten (2024 NY Slip Op 02455)

Gallo v Otten

2024 NY Slip Op 02455

Decided on May 3, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 3, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., MONTOUR, OGDEN, DELCONTE, AND HANNAH, JJ.

321 CA 23-00540

[*1]ANTHONY P. GALLO, III, PLAINTIFF-RESPONDENT,
v
GERALD D. OTTEN, ELBERT VELDJESGRAAF, ADMIRAL- MERCHANTS MOTOR FREIGHT, INC., STATE LINE PILOT CAR & PERMIT SERVICE, LLC, DEFENDANTS-RESPONDENTS, 2528388 ONTARIO LTD, RALPH J. BETTS AND AMY F. BETTS, DEFENDANTS-APPELLANTS. 

HURWITZ FINE, P.C., BUFFALO (V. CHRISTOPHER POTENZA OF COUNSEL), FOR DEFENDANTS-APPELLANTS.
SMITH, MURPHY & SCHOEPPERLE, LLP, BUFFALO (DENNIS P. MESCALL OF COUNSEL), FOR PLAINTIFF-RESPONDENT.
KENNEY SHELTON LIPTAK NOWAK LLP, BUFFALO (JUSTIN L. HENDRICKS OF COUNSEL), FOR DEFENDANTS-RESPONDENTS GERALD D. OTTEN, ELBERT VELDJESGRAAF, AND ADMIRAL-MERCHANTS MOTOR FREIGHT, INC. 

 Appeal from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered March 29, 2023. The order denied the cross-motion of defendants 2528388 Ontario LTD, Ralph J. Betts and Amy F. Betts for summary judgment dismissing the complaint and all cross-claims against them. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: May 3, 2024
Ann Dillon Flynn
Clerk of the Court